**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MISSUD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO SUPERIOR COURT, et al.,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 12-03117 WHA<br>No. 13-mc-80263 WHA<br>No. 16-mc-80140 WHA<br><br>**ORDER OF REFERRAL OF REQUEST FOR RECUSAL** |
| PATRICK MISSUD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO SUPERIOR COURT, et al.,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | |
| PATRICK A. MISSUD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH SHAPERO; WILLIAM ELFVING; DEBORAH RYAN LAURIE SMITH; BENJAMIN BREIT; MARIO PEREZ; JEFFREY ROSEN; CHRIS BOSCIA; LISA SCHON; CAROLYN MALINSKY; JENNIFER BEDOLLA; TERRANCE RILEY; ASHLEY COHEN; | |

JOHN GREENE; DOUG JOHNSON;
DOES 1–1000,

           Defendants.

/

    In 2012, Attorney Patrick Missud was declared a vexatious litigant. *Missud v. San Francisco Superior Court*, No. 12-cv-3117, 2012 U.S. Dist. Lexis 137351, at *9–*10 (N.D. Cal. Sept. 24, 2012). In 2013, the vexatious litigant order was expanded to make all of Missud's filings in this district subject to pre-filing review by the undersigned judge. *Missud v. National Rifle Association*, No 13-mc-80263, Dkt. No. 4 (N.D. Cal. Dec. 2, 2013). In July 2013, he was placed on involuntary inactive status with the State Bar of California. The State Bar decision states that Missud "has total disdain for the legal profession and the judicial process." *In the Matter of Patrick Alexandre Missud*, No. 12-O-10026-LMA (Cal. St. B. July 1, 2013).

    Attorney Missud has filed a new complaint along with a motion with an "Affidavit of 6-Year Federal Informant Patrick Missud" that seeks recusal of the undersigned judge from conducting the pre-filing review procedure pursuant to the orders in Case Nos. 12-3117 and 13-mc-80263. Attorney Missud's motion is hereby **REFERRED** to for random assignment to another judge to determine whether the undersigned must recuse himself from conducting pre-filing review.

    **IT IS SO ORDERED.**

Dated: September 2, 2016.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE