IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK A. MISSUD,

    Plaintiff,

  v.

KENNETH SHAPERO, *et al.*,

    Defendants.

No. C 16-80140 WHA

**ORDER RE PRE-FILING REVIEW OF COMPLAINT**

Plaintiff Patrick Missud, a vexatious litigant, filed a new complaint and motion to recuse the undersigned from conducting pre-filing review of the complaint (Dkt. No. 1). The motion was randomly assigned to Judge Edward Chen, prompting further objection from plaintiff (Dkt. Nos. 2–4). After considering said objection, Judge Chen denied the motion (Dkt. No. 5).

The undersigned has reviewed plaintiff's complaint and finds it is frivolous, like so many of plaintiff's other filings in this district. *See, e.g.*, *In re Patrick A. Missud*, No. 3:16-mc-80114-WHA (Dkt. No. 3); *Missud v. State Bar of Cal.*, No. 3:16-mc-80020-WHA (Dkt. No. 3); *Missud v. Cty. of Santa Clara*, No. 3:15-mc-80247-WHA (Dkt. No. 3); *Missud v. Elfving*, No. 3:15-mc-80227-WHA (Dkt. Nos. 2–3); *Missud v. State of Cal.*, No. 3:14-mc-80039-WHA (Dkt. No. 3); *Missud v. Nat'l Rifle Ass'n*, No. 3:13-mc-80263-WHA (Dkt. No. 6); *Missud v. Superior Court*, No. 3:12-cv-03117-WHA (Dkt. Nos. 181–82).

Accordingly, the Clerk is ordered not to accept the proposed complaint for filing, and this action is **DISMISSED**.

    **IT IS SO ORDERED.**

Dated:  December 12, 2016.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE